**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Eastern District of New York, Brooklyn Division

Case Number (If known)    Chapter 11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☑ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**  Hello Albemarle LLC

3. **Other names you know the debtor has used in the last 8 years**
   include any assumed, names, trade names, or doing business as names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   46 - 4014095
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different from residence |
   |---|---|
   | 2415 Albemarle Rd | 17 Tokay Lane |
   | Number   Street | Number   Street |
   | Brooklyn   NY   11226 | Monsey, NY 10952 |
   | City   State   Zip Code | City   State   Zip Code |
   | County | Location of principal assets, if different from principal place of business |

Debtor Hello Albemarle LLC                                        Case Number

|  |
|---|
| Number  Street<br><br>_____<br><br>City    State    Zip Code |

**6. Debtor's website** (URL) _____

**7. Type of debtor**
- [✓] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: _____

**8. Type of business**

*Check one:*
- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [✓] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [ ] None of the types of business listed.
- [ ] Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- [✓] No
- [ ] Yes. Debtor _____ Relationship _____
      District _____ Date filed _____ Case number, if known _____

      Debtor _____ Relationship _____
      District _____ Date filed _____ Case number, if known _____

## Part 3: Report About the Case

**10. Venue**

*Check one:*
- [✓] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

At least one box must be checked:

- [✓] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or**
- [✓] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy

Debtor Hello Albemarle LLC					Case Number

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| to any petitioner? Rule 1003(a). | See attached list | Total claims: | $2,440,000 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| Name and mailing address or petitioner | Kevin J. Nash |
| Name: JG Albemarle LLC | Printed name: Kevin J. Nash |
| Number Street: 1069 58th Street | Firm name: Goldberg Weprin Finkel Goldstein LLP |
| City: Brooklyn State: NY ZIP Code: 11219 | Number Street: 1501 Broadway 22nd Floor |
| Name and mailing address of petitioner's representative, if any | City State ZIP Code: New York NY 10036 |
| Name | Contact phone: (212) 221-5700  Email: knash@gwfglaw.com |
| Number Street | Bar number |
| City State ZIP Code | State NY |
| I declare under penalty of perjury that the forgoing is true and correct. | /s/ Kevin J. Nash |
| Executed on 04/17/2023 | |
| [signature], Manager | |
| Signature of petitioner or representative, including representative's title | |

**Name and mailing address of petitioner**
JG Albermarle B LLC
Name
1069 58th Street
Number   Street
Brooklyn           NY        11219
City               State     ZIP Code

**Name and mailing address of petitioner's representative, if any**
_____
Name
_____
Number   Street
_____
City     State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/17/2023
             MM / DD / YYYY

X _____, Manager
Signature of petitioner or representative, including representative's title

Kevin J. Nash, Esq.
Printed name
Goldberg Weprin Finkel Goldstein LLP
Firm name, if any
125 Park Avenue, 12th Floor
Number   Street
New York              NY        10017
City                  State     ZIP Code
Contact phone 212-221-5700  Email knash@gwfglaw.com

Bar number _____

State   NY

X /s/ Kevin J. Nash
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**
NBC Charitable Foundation Inc.
Name
4903 17th Avenue
Number   Street
Brooklyn           NY        11204
City               State     ZIP Code

**Name and mailing address of petitioner's representative, if any**
_____
Name
_____
Number   Street
_____
City     State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/17/2023
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Kevin J. Nash, Esq.
Printed name
Goldberg Weprin Finkel Goldstein LLP
Firm name, if any
125 Park Avenue, 12th Floor
Number   Street
New York              NY        10017
City                  State     ZIP Code
Contact phone 212-221-5700  Email knash@gwfglaw.com

Bar number _____

State   NY

X /s/ Kevin J. Nash
Signature of attorney

Date signed _____
            MM / DD / YYYY

Debtor: Hello Albermarle LLC

Case number (if known): _____

**Name and mailing address of petitioner**
YBCF Realty LLC
5014 16th Avenue
Brooklyn, NY 11219

**Name and mailing address of petitioner's representative, if any**
_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/17/2023

X /s/ [signature] Member

Kevin J. Nash, Esq.
Goldberg Weprin Finkel Goldstein LLP
125 Park Avenue, 12th Floor
New York, NY 10017
Contact phone: 212-221-5700
Email: knash@gwfglaw.com
Bar number: _____
State: NY

X /s/ Kevin J. Nash
Signature of attorney

Date signed: _____

---

**Name and mailing address of petitioner**
Lisa Stewart Hughes
2155 NW 140th Avenue
Pembroke Pines, FL 33028

**Name and mailing address of petitioner's representative, if any**
_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/18/2023

X [signature]

Kevin J. Nash, Esq.
Goldberg Weprin Finkel Goldstein LLP
125 Park Avenue, 12th Floor
New York, NY 10017
Contact phone: 212-221-5700
Email: knash@gwfglaw.com
Bar number: _____
State: NY

X /s/ Kevin J. Nash
Signature of attorney

Date signed: _____

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

Debtor  Hello Albermarle LLC

**Name and mailing address of petitioner**
Jonathan Mueller
1563-48th Street
Brooklyn, NY 11219

**Name and mailing address of petitioner's representative, if any**
Jonathan B Mueller
1563 48 St
Brooklyn NY 11219

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 4/18/23

X _(signature)_
Signature of petitioner or representative, including representative's title

Kevin J. Nash, Esq.
Goldberg Weprin Finkel Goldstein LLP
125 Park Avenue, 12th Floor
New York, NY 10017
Contact phone 212-221-5700  Email knash@gwfglaw.com
Bar number
State NY

X /s/ Kevin J. Nash
Signature of attorney
Date signed

---

Yitzchok
**Name and mailing address of petitioner**
Yitchok & Leah Mueller
1637-45th Street
Brooklyn, NY ~~11219~~ 11204

**Name and mailing address of petitioner's representative, if any**
Yitzchok & Leah Mueller
1637 45 ST
Brooklyn NY 11204

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 4/18/23

X _(signatures)_
Signature of petitioner or representative, including representative's title

Kevin J. Nash, Esq.
Goldberg Weprin Finkel Goldstein LLP
125 Park Avenue, 12th Floor
New York, NY 10017
Contact phone 212-221-5700  Email knash@gwfglaw.com
Bar number
State NY

X /s/ Kevin J. Nash
Signature of attorney
Date signed

Official Form 205   Involuntary Petition Against a Non-Individual   page 4

Debtor: Hello Albermarle LLC

13. Each petitioner's claim:

| Name of petitioner | Nature of petitioners claim | Amount of the claim above the value of any lien |
|---|---|---|
| JG Albemarle LLC | Unfunded Reimbursement | $ 243,000 |
| JG Albemarle B LLC | Unfunded Reimbursement | $ 324,000 |
| NBC Charitable Foundation Inc | Unfunded Reimbursement | $ 300,000 |
| YBCF Realty LLC | Unfunded Reimbursement | $ 299,000 |
| Lisa Stewart Hughes | Unfunded Reimbursement | $ 269,000 |
| Jonathan Mueller | Unfunded Reimbursement | $ 195,000 |
| Yitzchok & Leah Mueller | Unfunded Reimbursement | $ 810,000 |
| **Total of petitioners claims** | | $ 2,440,000 |

## STATEMENT IN SUPPORT OF INVOLUNTARY BANKRUPTCY CASE

The petitioners herein, JG Albemarle LLC, JG Albemarle B LLC, YBCF Realty LLC, NBC Charitable Foundation LLC, Lisa Stewart Hughes, Jonathan Mueller and, Yitzchok and Leah Meuller (collectively, the "Petitioners"), have now become creditors of Hello Albemarle LLC (the "Alleged Debtor") in the wake of a failed condominium redevelopment project (the "Project") relating to property located at 2415 Albemarle Road, Brooklyn, NY [Block 5110, Lots 68, 69, 70, 75 and 91] (the "Property").  Approval of the condominium development never materialized, and the Property is now subject to foreclosure proceedings in Supreme Court, Kings County, entitled NY Secured Funding LLC v. Hello Albemarle LLC et al. (Index No. 513790/2021). NY Secured Financing LLC holds a mortgage in the principal sum of $15 million.

Petitioners were originally part of a class of private investors, who previously invested substantial sums in the Project pursuant to separate subscription agreements under which each retained the right to either (i) withdraw all capital immediately upon demand or (ii) convert their Class B membership interests into a contract to buy a designated apartment at the Property upon the approval of a condominium offering plan by the New York State Attorney General. Petitioners' specific investments are itemized as follows:

| NAME | AMOUNT |
|---|---|
| JG Albemarle LLC<br>1069 58th Street<br>Brooklyn, NY 11219 | $ 243,000 |
| JG Albemarle B LLC<br>1069 58th Street<br>Brooklyn, NY 11219 | $ 324,000 |
| NBC Charitable Foundation Inc.<br>4903 17th Avenue<br>Brooklyn, NY 11204 | $ 300,000 |

| | |
|---|---:|
| YBCF Realty LLC<br>5014 16th Avenue<br>Brooklyn, NY 11219 | $299,000 |
| Lisa Stewart Hughes<br>2155 NW 140th Avenue<br>Pembroke Pines, FL 33028 | $269,000 |
| Jonathan Mueller<br>1563-48th Street<br>Brooklyn, NY 11219 | $195,000 |
| Yitzchok & Leah Mueller<br>1637-45th Street<br>Brooklyn, NY 11219 | $810,000 |

As events unfolded, the Alleged Debtor was unable to obtain Attorney General approval for the proposed condominium offering plan. Accordingly, the Petitioners lost their ability to convert their respective investments into the purchase of apartments. Petitioners have since demanded, both formally and informally, the return of their capital contributions as permitted by the terms of the Amendment to the Alleged Debtor's Operating Agreement, which provides in relevant part, that Petitioners have the right to request upon issuance of notice the return of their capital investment, at which point all capital contributions shall be returned and the member shall divest of any membership interest in the Company.

To date, the Alleged Debtor has not returned any of their respective capital contributions to Petitioners. Accordingly, the Alleged Debtor remains liable to each of the Petitioners for the amount of their initial investments, plus accrued interest. These obligations now constitute valid debts and obligations of the Alleged Debtor. As such, the Petitioners have the requisite standing to commence this involuntary bankruptcy case and seek entry of an Order for Relief under Chapter 11 of the U.S. Bankruptcy Code against the Alleged Debtor.

The ultimate goal of the bankruptcy proceeding is to establish an orderly auction sale process for the Property, either in conjunction with a settlement with the Alleged Debtor or through the appointment of an independent fiduciary who can attempt to maximize the value of the Property, which is currently in the possession of a State Court Receiver.

Time works against the Petitioners as the mortgage debt is allegedly accruing high rates of default interest. Thus, without the benefit of a bankruptcy proceeding, Petitioners will lose all opportunity to salvage a recovery on their claims.