| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Hello Albemarle LLC | EIN: | 46–4014095 |
| | Name | | |
| United States Bankruptcy Court | Eastern District of New York | Date case filed for chapter: | 11    4/19/23 |
| Case number: | 1–23–41326–nhl | | |

# SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under Title 11, United States Code was filed against you on April 19, 2023, in this Bankruptcy Court requesting an Order for Relief under Chapter 11 of the Bankruptcy Code (Title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition can be viewed at the Court or on PACER (Public Access to Court Electronic Records) pacer.uscourts.gov.

**Address of Clerk:**     **United States Bankruptcy Court**
**271–C Cadman Plaza East, Suite 1595**
**Brooklyn, NY 11201–1800**

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

**Name and Address of Petitioner's Attorney:**

**JG Albemarle LLC**
**C/O Goldberg Weprin Finkel Goldstein LLP**
**1501 Broadway**
**22nd Floor**
**New York, NY 10036**

**JG Albemarle B LLC**
**C/O Goldberg Weprin Finkel Goldstein LLP**
**1501 Broadway**
**22nd Floor**
**New York, NY 10036**

**NBC Charitable Foundation Inc.**
**C/O Goldberg Weprin Finkel Goldstein LLP**
**1501 Broadway**
**22nd Floor**
**New York, NY 10036**

**YBCF Realty LLC**
**C/O Goldberg Weprin Finkel Goldstein LLP**
**1501 Broadway**
**22nd Floor**
**New York, NY 10036**

**Lisa Stewart Hughes**
**C/O Goldberg Weprin Finkel Goldstein**

**LLP**
**1501 Broadway**
**22nd Floor**
**New York, NY 10036**

**Jonathan Mueller**
**C/O Goldberg Weprin Finkel Goldstein**
**LLP**
**1501 Broadway**
**22nd Floor**
**New York, NY 10036**

**Yitzchok & Leah Mueller**
**C/O Goldberg Weprin Finkel Goldstein**
**LLP**
**1501 Broadway**
**22nd Floor**
**New York, NY 10036**

If you make a motion, your time to serve an answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Dated: April 20, 2023

For the Court, Robert A. Gavin, Jr., Clerk of Court

**playinvol1r.jsp** [Involuntary summons 06/25/20]