UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                          Chapter 11

Hello Albemarle LLC,                                            Case No. 23-41326-NHL

                      Alleged Debtor.
-----------------------------------------------------------x

## DECLARATION OF SERVICE

        I, J. Ted Donovan, Esq.**,** declare under the penalties of perjury pursuant to 28 U.S.C. § 1746 as follows:

        On April 24, 2023, I served the Summons to Debtor in Involuntary Case, together with the Involuntary Petition Against a Non-Individual on the parties listed in Schedule "A" annexed hereto, by placing a true copy of the said documents in a sealed envelope with sufficient postage affixed thereto and addressed as set forth in Schedule "A", and depositing same into an official depository of the U.S. Postal Service.

Dated: New York, NY
       April 24, 20203

                                                                      /s/ J. Ted Donovan

Schedule "A"

Hello Albemarle, LLC
c/o Scott Levenson, Esq.
Levenson Law Group
625 West 51st Street
New York, NY 10019

Hello Albemarle, LLC
33 35th Street
6th Floor, Suite B-613
Brooklyn, NY 11232

Hello Albemarle, LLC
17 Tokay Lane
Monsey, NY 10952