THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

HELLO ALBEMARLE LLC,

Debtor.

Case No. 23-41326-NHL
Chapter 11

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that NY Secured Funding, LLC ("NY Secured Funding"), a secured creditor in the above-referenced case, by and through its counsel, hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in this case be given and served upon the undersigned counsel at the following address and telephone number:

**BOND, SCHOENECK & KING, PLLC**
**Grayson T. Walter, Esq.**
**One Lincoln Center, 18th Floor**
**Syracuse, New York 13202**
**Tel.: (315) 218-8000**
**Fax: (315) 218-8100**
**Email: gwalter@bsk.com**

**PLEASE TAKE FURTHER NOTICE**, that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the referenced case and the proceedings herein.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned hereby requests that the name and address set forth herein be added to the mailing matrix in this case.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive NY Secured Funding's (i) rights to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; and (ii) rights to trial by jury and any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) rights to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are reserved.

Dated: May 12, 2023  
       Syracuse, New York

BOND, SCHOENECK & KING, PLLC

By:    /s/ Grayson T. Walter  
Grayson T. Walter, Esq.  
*Attorneys for NY Secured Funding, LLC*  
One Lincoln Center, 18th Floor  
Syracuse, New York 13202  
Telephone: (315) 218-8000  
Facsimile: (315) 218-8100  
Email: gwalter@bsk.com