**KTAP**  **KUDMAN • TRACHTEN • ALOE • POSNER** LLP

—————————— Attorneys at Law ——————————

David N. Saponara • Direct (212) 868-1887 • dsaponara@kudmanlaw.com

July 31, 2023

**VIA ECF AND EMAIL**

Honorable Nancy Hershey Lord
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

      **Re:**   *In re: Hello Albemarle LLC*
             **Chapter 11 Case No. 1-23-41326-nhl**

Dear Judge Lord:

    We represent Hello Albemarle LLC, the alleged debtor in the above-referenced matter.

    The parties have consented to an adjournment of the conference scheduled for August 1, 2023, at 10 a.m., to August 10, 2023, at 10:00 a.m., which was the previously scheduled date for an evidentiary hearing on the issues raised by the involuntary petition and answer. As previously mentioned in my email of earlier today, the parties are continuing to work together to memorialize an agreement for this chapter 11 case to proceed consensually, which we anticipate completing before the August 10 conference.

    On behalf of all counsel, we thank the Court for this accommodation.

                                                                       Respectfully submitted,

                                                                   David N. Saponara

cc:    All Counsel of Record (via ECF and email)