UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                                    Chapter 11

Hello Albemarle LLC,                                          Case No. 23-41326 (NHL)

                Debtor.
----------------------------------------------------------X

## ORDER FOR RELIEF

      WHEREAS, on April 19, 2023, an involuntary petition under chapter 11 of the Bankruptcy Code was filed against Hello Albemarle LLC (the "Debtor") by 81 JG Albemarle LLC, JG Albemarle B LLC, NBC Charitable Foundation Inc., YBCF Realty LLC, Lisa Stewart Hughes, Jonathan Mueller, and Yitzchok & Leah Mueller (collectively, the "Petitioning Creditors"); and

      WHEREAS, on April 15, 2023, the Debtor filed an answer to the involuntary petition; and

      WHEREAS, on May 24, 2023, the Court issued an order scheduling a conference; and

      WHEREAS, the conference was held on June 6, 2023, at which Paul H. Aloe, Esq. (Counsel to Alleged Debtor), David N. Saponara, Esq. (Counsel to Alleged Debtor), Stephen A. Donato, Esq. (Counsel to NY Secured Funding, LLC), Justin S. Krell, Esq. (Counsel to NY Secured Funding LLC ), Kevin J. Nash, Esq. (Counsel to the Petitioning Creditors), Yisroel Eckstein (Petitioning Creditor), and Charles Brachfeld appeared;

      WHEREAS, on June 8, 2023, the Court issued a pretrial scheduling order; and

      WHEREAS, a pre-trial conference was adjourned from time to time, and was recently held on September 19, 2023, at which Paul H. Aloe, Esq. (Counsel to Alleged Debtor), David N. Saponara, Esq. (Counsel to Alleged Debtor), Justin S. Krell, Esq. (Counsel to NY Secured Funding LLC), Kevin Nash, Esq. (Counsel for Petitioning Creditors), and Jeremy Sussman, Esq.(Office of the United States Trustee) appeared;

      NOW, THEREFORE, for the reasons stated on the record on September 19, 2023, it is

      ORDERED, that pursuant to 11 U.S.C. § 303(h), relief under Chapter 11 of the Bankruptcy Code is hereby granted; and it is further

      ORDERED, that pursuant to Fed. R. Bankr. P. 1007(a)(2), the Debtor shall file a list of creditors within 7 days of the entry of this order; and it is further

ORDERED, that pursuant to Fed. R. Bankr. P. 1007(c), the Debtor shall file schedules and statements within 14 days of entry of this order; and it is further

ORDERED, that pursuant to Fed. R. Bankr. P. 1007(d), the Debtor shall file a list containing the name, address and claim of the creditors that hold the 20 largest unsecured claims, excluding insiders, within 2 days of entry of this order; and it is further

ORDERED, that the Debtor shall file a statement disclosing its taxpayer identification number with the Clerk's Office; and it is further

ORDERED, that the event the Debtor fails to file the aforesaid list of creditors, schedules, and statements, the Petitioning Creditors are directed to file same within 21 days of the date of this order, pursuant to Fed. R. Bankr. P. 1007(k); and it further

ORDERED, that the Clerk of the Court serve a copy of this Order forthwith by mail, upon the Debtor, the Debtor's counsel, the U.S. Trustee, the Petitioning Creditors, the Petitioning Creditors' counsel, and all parties that filed a notice of appearance.



Dated: September 22, 2023
Brooklyn, New York

_____
Nancy Hershey Lord
United States Bankruptcy Judge