United States Bankruptcy Court
Eastern District of New York

In re: Hello Albemarle LLC

Case No. 1-23-41326-nhl

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 09/29/2023

/s/ Eli Karp
Signature of Individual signing on behalf of debtor

Manager
Position or relationship to debtor

1 Seal USA LLC
445 Broad Hollow Road
Suite 25
Melville, NY 11747


Allyson Aaron
2417 Albemarle Road
Apt. 10C
Brooklyn, NY 11226


Anthony Ryan Leslie
2417 Albemarle Road
Apt. 12A
Brooklyn, NY 11226


Anthony Ryan Leslie
2417 Albemarle Road
Apt. 12B
Brooklyn, NY 11226


Ariana Demhasaj
2417 Albemarle Road
Apt. 4D
Brooklyn, NY 11226


Arvin Pascual
2417 Albemarle Road
Apt. 9D
Brooklyn, NY 11226


Bond, Schoeneck & King PLLC
225 Old Country Road
Melville, NY 11747


BSC Services LLC d/b/a Super Cleaning
5014 16th Avenue
Suite 231
Brookyln, NY 11219

Charles Harding
2417 Albemarle Road
Apt. 3A
Brooklyn, NY 11226

Christopher T. Bonante, Esq.
14 Mamaroneck Avenue
3rd Floor
White Plains, NY 10601

City of New York
100 Church Street
New York, NY 10007

Conrad Everhard
2417 Albemarle Road
Apt. 6B
Brooklyn, NY 11226

CRE Violations LLC d/b/a BCompliant
1633 Broadway
46th Floor
New York, NY 10019

Derron Richardson
2417 Albemarle Road
Apt. 2D
Brooklyn, NY 11226

Ekmel Bermek
2417 Albemarle Road
Apt. 3C
Brooklyn, NY 11226

Eli Karp
17 Tokay Lane
Monsey, NY 10952

```
Emily Johnson
2417 Albemarle Road
Apt. 7C
Brooklyn, NY 11226


Excel Security Systems Inc.
71 Bengeyfield Drive
East Williston, NY 11596


Gilson De Jesus
2417 Albemarle Road
Apt. 9A
Brooklyn, NY 11226


Hammed Azeez
2417 Albemarle Road
Apt. 5D
Brooklyn, NY 11226


Imani Dickens
2417 Albemarle Road
Apt. 11B
Brooklyn, NY 11226


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101


Isaac Weiss
146 S 9th Street
Apt. 12
Brooklyn, NY 11211


Jacquim Curtis
2417 Albemarle Road
Apt. 9B
Brooklyn, NY 11226
```

Jake Shriver
2417 Albemarle Road
Apt. 8C
Brooklyn, NY 11226


Jasne & Florio, L.L.P.
30 Glenn Street
Suite 103
White Plains, NY 10603


Jeremy Smith
2417 Albemarle Road
Apt. 9C
Brooklyn, NY 11226


Jesse Geisler Mesevage
2417 Albemarle Road
Apt. 10B
Brooklyn, NY 11226


JG Albemarle B LLC
1069 58th Street
Brooklyn, NY 11219


JG Albemarle LLC
1069 58th Street
Brooklyn, NY 11219


Jonathan Mueller
1563 48th Street
Brooklyn, NY 11219


Kendell Applewhite
2417 Albemarle Road
Apt. 5C
Brooklyn, NY 11226

Khalijah Brooks
2417 Albemarle Road
Apt. 10A
Brooklyn, NY 11226


Lavona Wilchard
2417 Albemarle Road
Apt. 4A
Brooklyn, NY 11226


Lazer Mechlovitz
1053 Dahill Road
Brooklyn, NY 11204


Lisa Stewart Hughes
2155 NW 140th Avenue
Pembroke Pines, FL 33028


Madisin Bradley
2417 Albemarle Road
Apt. 8A
Brooklyn, NY 11226


Marika Reid
2417 Albemarle Road
Apt. 4C
Brooklyn, NY 11226


Marlon McEachin
2417 Albemarle Road
Apt. 3B
Brooklyn, NY 11226


Mechlovitz, Lazer
1053 Dahill Road
Brooklyn, NY 11204

Monique Beckford
2417 Albemarle Road
Apt. 12D
Brooklyn, NY 11226


Monquize Dusseau
2417 Albemarle Road
Apt. 2C
Brooklyn, NY 11226


Mordechai Iliovits
1246 54th Street
Brooklyn, NY 11219


Multivista NYC LLC
114 North West Street
Homer, NY 13077


NBC Charitable Foundation Inc.
4903 17th Avenue
Brooklyn, NY 11204


Nolan Fleary
2417 Albemarle Road
Apt. 8B
Brooklyn, NY 11226


NY Secured Funding LLC
5 N Station Plaza
Suite 214
Great Neck, NY 11021


NYC Department of Housing Preservation and De
100 Gold Street
New York, NY 10038


NYC Dept. of Finance
375 Pearl Street
30th Floor

New York, NY 10038
NYS Dept. Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205


Primrose at Blossom Hill I, LLC
83 Tall Oaks Drive
East Brunswick, NJ 08816


Raheem Miller
2417 Albemarle Road
Apt. 7A
Brooklyn, NY 11226


Rentom Group Corp.
35-37 36th Street
2nd Floor
Astoria, NY 11106


Samuel Weber & Keren Avruhom Foundation
5414 15th Avenue
Brooklyn, NY 11219


Shameeka Marc
2417 Albemarle Road
Apt. 11A
Brooklyn, NY 11226


Sheila Stepp
2417 Albemarle Road
Apt. 12C
Brooklyn, NY 11226


Skyla Page
2417 Albemarle Road
Apt. 4B
Brooklyn, NY 11226

```
Stanley Kirshner-Breen
2417 Albemarle Road
Apt. 8D
Brooklyn, NY 11226


The Philip Group Corp.
355 Herzl Street
Suite #1
Brooklyn, NY 11212


Townhouse Builders Inc.
3611 14th Avenue
Suite #606
Brooklyn, NY 11218


U.S. Small Business Administration
26 Federal Plaza
Room 3100
New York, NY 10278


Victor Gayton
2417 Albemarle Road
Apt. 7B
Brooklyn, NY 11226


Victoria Christian
2417 Albemarle Road
Apt. 11D
Brooklyn, NY 11226


Victoria McCants
2417 Albemarle Road
Apt. 7D
Brooklyn, NY 11226


Waymark Elevator Inc.
10568 Avenue L
Brooklyn, NY 11236
```

YBCF Realty LLC
5014 16th Avenue
Brooklyn, NY 11219


Yekaterina Afanasyeva
2417 Albemarle Road
Apt. 11C
Brooklyn, NY 11226


Yitzchok & Leah Mueller
1637 45th Street
Brooklyn, NY 11204


Yoel Stern
98 Skillman Street
Apt. 5B
Brooklyn, NY 11205