**13-Week Cash Flow Projection**

| *Actual/Forecast* | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | 13-Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Week Number* | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Total |
| *Week Ending Date* | 7/18/2025 | 7/25/2025 | 8/1/2025 | 8/8/2025 | 8/15/2025 | 8/22/2025 | 8/29/2025 | 9/5/2025 | 9/12/2025 | 9/19/2025 | 9/26/2025 | 10/3/2025 | 10/10/2025 | |
| **Receipts** | | | | | | | | | | | | | | |
| Rent Collections | $ 4,000.00 | $ 8,000.00 | $ 16,000.00 | $ 8,000.00 | $ 3,500.00 | $ 5,000.00 | $ 14,000.00 | $ 6,000.00 | $ 4,000.00 | $ 10,000.00 | $ 12,000.00 | $ 7,000.00 | $ 5,000.00 | $ 102,500.00 |
| Other Receipts | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Receipts** | $ 4,000.00 | $ 8,000.00 | $ 16,000.00 | $ 8,000.00 | $ 3,500.00 | $ 5,000.00 | $ 14,000.00 | $ 6,000.00 | $ 4,000.00 | $ 10,000.00 | $ 12,000.00 | $ 7,000.00 | $ 5,000.00 | $ 102,500.00 |
| **Disbursements** | | | | | | | | | | | | | | |
| Janitorial | $ 1,600.00 | $ - | $ 1,600.00 | $ - | $ 1,600.00 | $ - | $ 1,600.00 | $ - | $ 1,600.00 | $ - | $ 1,600.00 | $ - | $ 1,600.00 | $ 11,200.00 |
| Elevator Inpections | $ - | $ 2,000.00 | $ - | $ - | $ - | $ - | $ 2,000.00 | $ - | $ - | $ - | $ 2,000.00 | $ - | $ - | $ 6,000.00 |
| Elevator Service | $ - | $ - | $ - | $ 850.00 | $ - | $ - | $ - | $ 850.00 | $ - | $ - | $ - | $ 850.00 | $ - | $ 2,550.00 |
| Exterminator | $ 350.00 | $ - | $ - | $ - | $ 350.00 | $ - | $ - | $ - | $ 350.00 | $ - | $ - | $ - | $ 350.00 | $ 1,400.00 |
| Electricity | $ - | $ 1,800.00 | $ - | $ - | $ - | $ 1,800.00 | $ - | $ - | $ - | $ 1,800.00 | $ - | $ - | $ - | $ 5,400.00 |
| Internet | $ 325.00 | $ - | $ - | $ - | $ 325.00 | $ - | $ - | $ 325.00 | $ - | $ - | $ - | $ 325.00 | $ - | $ 1,300.00 |
| Natural Gas | $ - | $ - | $ - | $ 1,000.00 | $ - | $ - | $ - | $ 1,000.00 | $ - | $ - | $ - | $ 1,000.00 | | $ 3,000.00 |
| Water & Sewer | $ - | $ - | $ 1,500.00 | $ - | $ - | $ - | $ 1,500.00 | $ - | $ - | $ - | $ 1,500.00 | $ - | | $ 4,500.00 |
| Repairs | $ - | $ 4,000.00 | $ - | $ 4,000.00 | $ - | $ 4,000.00 | $ - | $ 4,000.00 | $ - | $ 4,000.00 | $ - | $ 4,000.00 | $ - | $ 24,000.00 |
| Management Fees | $ 1,000.00 | $ - | $ - | $ - | $ 1,150.00 | $ - | $ - | $ - | $ 1,300.00 | | $ - | $ - | $ - | $ 3,450.00 |
| Insurance | $ - | $ - | $3,453.63 | $ - | $ - | $ - | $3,453.63 | $ - | $ - | $ - | $3,453.63 | $ - | $ - | $ 10,360.89 |
| ECB Fines | $ 18,675.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 18,675.00 |
| Landlord-Tenant Counsel | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,000.00 | $ - | $ 3,000.00 |
| Taxes | $ 23,095.20 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 23,095.20 |
| **Total Disbursements** | $ 45,045.20 | $ 7,800.00 | $ 6,553.63 | $ 5,850.00 | $ 3,425.00 | $ 5,800.00 | $ 8,553.63 | $ 6,175.00 | $ 3,250.00 | $ 5,800.00 | $ 8,553.63 | $ 9,175.00 | $ 1,950.00 | $ 117,931.09 |
| **Weekly Net Cash Flow** | $ (41,045.20) | $ 200.00 | $ 9,446.37 | $ 2,150.00 | $ 75.00 | $ (800.00) | $ 5,446.37 | $ (175.00) | $ 750.00 | $ 4,200.00 | $ 3,446.37 | $ (2,175.00) | $ 3,050.00 | $ (15,431.09) |