**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| HELLO ALBEMARLE LLC, | Case No. 1-23-41326-nhl |
| Debtor. | |

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF KUCKER MARINO WINIARSKY & BITTENS, LLP, AS LANDLORD-TENANT COUNSEL FOR THE DEBTOR EFFECTIVE AS OF APRIL 29, 2025

Upon the application (the "**Application**") of Hello Albemarle LLC, the above-captioned debtor and debtor-in-possession (the "**Debtor**"), for entry of an order, pursuant to section 327(a) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2014 and 2016(b) of the Federal Rules of Bankruptcy Procedure, authorizing the employment of Kucker Marino Winiarsky & Bittens, LLP ("**KMWB**"), as landlord-tenant counsel to the Debtor; and upon the declaration of Lisa Faham-Selzer, which is annexed to the Application as Exhibit B (the "**Declaration**"); and it appearing that KMWB is a "disinterested person" within the meaning of sections 101(14) and 327 of the Bankruptcy Code and does not hold or represent any interest adverse to the Debtor's estate; and objections to the Application having been filed by Mark A. Bennett, Scott Harding, Monique Beckford (collectively, the "**Objections**"), and a hearing having been held on September 9, 2025, at which David N. Saponara, Esq. (Counsel to Debtor), Jeremy S. Sussman, Esq. (Office of the United States Trustee), J. Ted Donovan, Esq. (Counsel to Committee), Justin S. Krell, Esq. (Counsel to NY Secured Funding LLC ), Mark A. Bennett (Interested Party), and Monique Beckford (Interested Party) appeared; and this Court having determined that employment of KMWB by the Debtor as landlord-tenant counsel is in the best interests of the Debtor, its estate

and its creditors; and adequate notice of the Application having been given; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the Objections are overruled; and it is further

**ORDERED**, that, pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014, the Debtor is authorized to employ KMWB as its landlord-tenant counsel, effective as of April 29, 2025; and it is further

**ORDERED**, that KMWB shall seek compensation for its services and reimbursement of its expenses upon application to the Court, and upon notice and a hearing, pursuant to sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, E.D.N.Y. Local Bankruptcy Rule 2016-1, and the Guidelines of the Office of the United States Trustee; and it is further

**ORDERED**, that prior to any increases in KMWB's rates, KMWB shall file a supplemental affidavit with the Court and provide ten business days' notice to the Debtor, the United States Trustee and any official committee, which supplemental affidavit shall explain the basis for the requested rate increases in accordance with section 330(a)(3)(F) of the Bankruptcy Code and state whether the Debtor has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and all rates and rate increases are subject to review by the Court; and it is further

**INTENTIONALLY LEFT BLANK**

**ORDERED**, that, notwithstanding any provision to the contrary in the Application or the Declaration, the Court may retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

**NO OBJECTION:**

**WILLIAM K. HARRINGTON**
**UNITED STATES TRUSTEE, REGION 2**

By:/s/ *Jeremy S. Sussman, Esq.*
Jeremy S. Sussman
Trial Attorney
Office of the United States Trustee
201 Varick Street, Suite 1006
New York, New York 10014
Tel: (202) 573-6935

Dated: October 1, 2025
       New York, New York

Dated: October 3, 2025
       Brooklyn, New York



_____
Nancy Hershey Lord
United States Bankruptcy Judge