# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 11/26/2025 |
| Case: 1−23−41326−nhl | Form ID: 225 | Total: 101 |

**Recipients of Notice of Electronic Filing:**
aty      David N. Saponara      dsaponara@kudmanlaw.com
aty      Paul H Aloe      paloe@kudmanlaw.com

                                                            TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Hello Albemarle LLC      17 Tokay Lane      Monsey, NY 10952
smg      United States of America      Secretary of the Treasury      15th Street & Pennsylvania Ave. NW      Washington, DC 20220
smg      NYS Unemployment Insurance      Attn: Insolvency Unit      Bldg. #12, Room 256      Albany, NY 12240
smg      NYS Department of Taxation & Finance      Bankruptcy Unit      PO Box 5300      Albany, NY 12205
smg      Internal Revenue Service      PO Box 7346      Philadelphia, PA 19101−7346
smg      Office of the United States Trustee      Eastern District of NY (Brooklyn)      Alexander Hamilton Custom House      One Bowling Green, Room 510      New York, NY 10004−1408
10249553      1 Seal USA LLC      445 Broad Hollow Road      Suite 25      Melville, NY 11747
10249554      Allyson Aaron      2417 Albemarle Road      Apt. 10C      Brooklyn, NY 11226
10249555      Anthony Ryan Leslie      2417 Albemarle Road      Apt. 12A      Brooklyn, NY 11226
10249556      Anthony Ryan Leslie      2417 Albemarle Road      Apt. 12B      Brooklyn, NY 11226
10249557      Ariana Demhasaj      2417 Albemarle Road      Apt. 4D      Brooklyn, NY 11226
10249558      Arvin Pascual      2417 Albemarle Road      Apt. 9D      Brooklyn, NY 11226
10249560      BSC Services LLC d/b/a Super Cleaning      5014 16th Avenue      Suite 231      Brookyln, NY 11219
10249559      Bond, Schoeneck & King PLLC      225 Old Country Road      Melville, NY 11747
10249565      CRE Violations LLC d/b/a BCompliant      1633 Broadway      46th Floor      New York, NY 10019
10249561      Charles Harding      2417 Albemarle Road      Apt. 3A      Brooklyn, NY 11226
10249562      Christopher T. Bonante, Esq.      14 Mamaroneck Avenue      3rd Floor      White Plains, NY 10601
10249563      City of New York      100 Church Street      New York, NY 10007
10252027      Con Edison      P.O. Box 1701      New York, NY 10116
10249564      Conrad Everhard      2417 Albemarle Road      Apt. 6B      Brooklyn, NY 11226
10249566      Derron Richardson      2417 Albemarle Road      Apt. 2D      Brooklyn, NY 11226
10249567      Ekmel Bermek      2417 Albemarle Road      Apt. 3C      Brooklyn, NY 11226
10249568      Eli Karp      17 Tokay Lane      Monsey, NY 10952
10310992      Emily Johnson      2417 Albemarle Rd      Brooklyn, NY 11226
10249569      Emily Johnson      2417 Albemarle Road      Apt. 7C      Brooklyn, NY 11226
10249570      Excel Security Systems Inc.      71 Bengeyfield Drive      East Williston, NY 11596
10249571      Gilson De Jesus      2417 Albemarle Road      Apt. 9A      Brooklyn, NY 11226
10249572      Hammed Azeez      2417 Albemarle Road      Apt. 5D      Brooklyn, NY 11226
10249573      Imani Dickens      2417 Albemarle Road      Apt. 11B      Brooklyn, NY 11226
10249574      Internal Revenue Service      Centralized Insolvency Operations      P.O. Box 7346      Philadelphia, PA 19101
10249575      Isaac Weiss      146 S 9th Street      Apt. 12      Brooklyn, NY 11211
10249581      JG Albemarle B LLC      1069 58th Street      Brooklyn, NY 11219
10249582      JG Albemarle LLC      1069 58th Street      Brooklyn, NY 11219
10249576      Jacquim Curtis      2417 Albemarle Road      Apt. 9B      Brooklyn, NY 11226
10249577      Jake Shriver      2417 Albemarle Road      Apt. 8C      Brooklyn, NY 11226
10249578      Jasne & Florio, L.L.P.      30 Glenn Street      Suite 103      White Plains, NY 10603
10249579      Jeremy Smith      2417 Albemarle Road      Apt. 9C      Brooklyn, NY 11226
10249580      Jesse Geisler Mesevage      2417 Albemarle Road      Apt. 10B      Brooklyn, NY 11226
10249583      Jonathan Mueller      1563 48th Street      Brooklyn, NY 11219
10249584      Kendell Applewhite      2417 Albemarle Road      Apt. 5C      Brooklyn, NY 11226
10262633      Keren Avruhom Foundation      1556 50th Street      Brooklyn, NY 11219
10249585      Khalijah Brooks      2417 Albemarle Road      Apt. 10A      Brooklyn, NY 11226
10192737      Kudman Trachten Aloe Posner LLP      488 Madison Avenue, 23rd Floor      New York, New York 10022
10192758      Kudman Trachten Aloe Posner LLP      488 Madison Avenue, 23rd Floor      New York, New York 10022
10249586      Lavona Wilchard      2417 Albemarle Road      Apt. 4A      Brooklyn, NY 11226
10249587      Lazer Mechlovitz      1053 Dahill Road      Brooklyn, NY 11204
10249588      Lisa Stewart Hughes      2155 NW 140th Avenue      Pembroke Pines, FL 33028
10263147      Lisa Stewart Hughes      3300 NE 36th Street      Apartment 1506      Fort Lauderdale, FL 33308
10310750      MULTIVISTA NYC LLC      Care of Jasne & FLorio, L.L.P.      30 Glenn Street – suite 103      White Plains, NY 10603
10249589      Madisin Bradley      2417 Albemarle Road      Apt. 8A      Brooklyn, NY 11226
10249590      Marika Reid      2417 Albemarle Road      Apt. 4C      Brooklyn, NY 11226
10523399      Mark A Bennett      2417 Albemarle Road apt 2a      Brooklyn, NY 11226
10525021      Mark A. Bennett      2417 Albemarle Road, Apt 2A      Brooklyn, NY 11226
10249591      Marlon McEachin      2417 Albemarle Road      Apt. 3B      Brooklyn, NY 11226
10249592      Mechlovitz, Lazer      1053 Dahill Road      Brooklyn, NY 11204
10249593      Monique Beckford      2417 Albemarle Road      Apt. 12D      Brooklyn, NY 11226
10249594      Monquize Dusseau      2417 Albemarle Road      Apt. 2C      Brooklyn, NY 11226
10249595      Mordechai Iliovits      1246 54th Street      Brooklyn, NY 11219

| | | | | |
|---|---|---|---|---|
| 10262644 | Mordechie Iliovits | 18 S Lorna Ln | Airmont, NY 10952 | |
| 10249596 | Multivista NYC LLC | 114 North West Street | Homer, NY 13077 | |
| 10249597 | NBC Charitable Foundation Inc. | 4903 17th Avenue | Brooklyn, NY 11204 | |
| 10249599 | NY Secured Funding LLC | 5 N Station Plaza | Suite 214 | Great Neck, NY 11021 |
| 10191977 | NY Secured Funding, LLC | c/o Bond, Schoeneck & King, PLLC | 225 Old Country Road | Melville, NY 11747 |
| 10191681 | NY Secured Funding, LLC | c/o Bond, Schoeneck & King, PLLC | Attn: Grayson T. Walter, Esq. | One Lincoln Center    Syracuse, NY 13202 |
| 10191679 | NY Secured Funding, LLC | c/o Bond, Schoeneck & King, PLLC | Attn: Justin S. Krell, Esq. | 225 Old Country Road    Melville, NY 11747 |
| 10191678 | NY Secured Funding, LLC | c/o Bond, Schoeneck & King, PLLC | Attn: Stephen A. Donato, Esq. | One Lincoln Center    Syracuse, NY 13202 |
| 10191976 | NY Secured Funding, LLC | c/o Bond, Schoeneck & King, PLLC | One Lincoln Center, 18th Floor    Syracuse, NY 13202 | |
| 10249600 | NYC Department of Housing Preservation and De | 100 Gold Street | New York, NY 10038 | |
| 10249601 | NYC Dept. of Finance | 375 Pearl Street | 30th Floor | New York, NY 10038 |
| 10312352 | NYC Water Board | Richard J Costa | Senior Counsel – Bureau of Legal Affairs | 59–17 Junction Blvd, 13th Fl    Elmhurst, NY 11373–5108 |
| 10249602 | NYS Dept. Taxation & Finance | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany, NY 12205 |
| 10285385 | New York City Dept of Finance | Office of Legal Affairs | Collections Unit–RPT Taxes | 375 Pearl Street, 30th fl    New York, 10038 |
| 10249598 | Nolan Fleary | 2417 Albemarle Road | Apt. 8B | Brooklyn, NY 11226 |
| 10249603 | Primrose at Blossom Hill I, LLC | 83 Tall Oaks Drive | East Brunswick, NJ 08816 | |
| 10290780 | RENTOM GROUP CORP. | Attn: Tomasz Niewiadomski | 80–77 Cypress Ave | Glendale, NY 11385 |
| 10249604 | Raheem Miller | 2417 Albemarle Road | Apt. 7A | Brooklyn, NY 11226 |
| 10249605 | Rentom Group Corp. | 35–37 36th Street | 2nd Floor | Astoria, NY 11106 |
| 10262665 | Samuel Weber | 5415 15th Avenue | Brooklyn, NY 11219 | |
| 10249606 | Samuel Weber & Keren Avruhom Foundation | 5414 15th Avenue | Brooklyn, NY 11219 | |
| 10249607 | Shameeka Marc | 2417 Albemarle Road | Apt. 11A | Brooklyn, NY 11226 |
| 10249608 | Sheila Stepp | 2417 Albemarle Road | Apt. 12C | Brooklyn, NY 11226 |
| 10249609 | Skyla Page | 2417 Albemarle Road | Apt. 4B | Brooklyn, NY 11226 |
| 10249610 | Stanley Kirshner–Breen | 2417 Albemarle Road | Apt. 8D | Brooklyn, NY 11226 |
| 10249611 | The Philip Group Corp. | 355 Herzl Street | Suite #1 | Brooklyn, NY 11212 |
| 10249612 | Townhouse Builders Inc. | 3611 14th Avenue | Suite #606 | Brooklyn, NY 11218 |
| 10311192 | Townhouse Builders, Inc. | 3611 15th Avenue, Suite 606 | Brooklyn, NY 11218 | |
| 10261505 | Townhouse Builders, Inc. d/b/a Promont Builders | c/o Catherine E. Youngman, Esq. | Fox Rothschild LLP    49 Market Street | Morristown, NJ 07960 |
| 10262520 | Townhouse Builders, Inc. d/b/a Promont Builders | c/o Fox Rothschild LLP | 49 Market Street | Morristown, NJ 07960 |
| 10249613 | U.S. Small Business Administration | 26 Federal Plaza | Room 3100 | New York, NY 10278 |
| 10249614 | Victor Gayton | 2417 Albemarle Road | Apt. 7B | Brooklyn, NY 11226 |
| 10249615 | Victoria Christian | 2417 Albemarle Road | Apt. 11D | Brooklyn, NY 11226 |
| 10249616 | Victoria McCants | 2417 Albemarle Road | Apt. 7D | Brooklyn, NY 11226 |
| 10249617 | Waymark Elevator Inc. | 10568 Avenue L | Brooklyn, NY 11236 | |
| 10249618 | YBCF Realty LLC | 5014 16th Avenue | Brooklyn, NY 11219 | |
| 10249619 | Yekaterina Afanasyeva | 2417 Albemarle Road | Apt. 11C | Brooklyn, NY 11226 |
| 10249620 | Yitzchok & Leah Mueller | 1637 45th Street | Brooklyn, NY 11204 | |
| 10263160 | Yitzchok Mueller and Lean Mueller | 1637 45th Street | Brooklyn, NY 11204 | |
| 10263164 | Yoel Stern | 350 Lake Shore Drive | Monroe, NY 10950 | |
| 10249621 | Yoel Stern | 98 Skillman Street | Apt. 5B | Brooklyn, NY 11205 |

TOTAL: 99